UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: FICO ANTITRUST LITIGATION | No. 1: 20-CV-2114 |
| | Honorable Edmond E. Chang |
| This Document Relates To: | |
| *Kenmore NY Teachers Federal Credit Union v. Fair Isaac Corp. et al.* | No. 1:20-CV-2755 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Kenmore NY Teachers Federal Credit Union ("Kenmore") hereby voluntarily dismisses the above-identified civil action without prejudice. The putative class will continue to be represented and prosecute the action on behalf of class members, including Kenmore.

Dated: November 11, 2021                              Respectfully submitted,

                                                                     */s/ Hilary K. Scherrer*
                                                                     Hilary K. Scherrer
                                                                     Paul Gallagher
                                                                     HAUSFELD LLP
                                                                     888 16th Street NW, Suite 300
                                                                     Washington, DC 20006
                                                                     Telephone: 202-540-7200
                                                                     hscherrer@hausfeld.com
                                                                     pgallagher@hausfeld.com

        Michael P. Lehmann
        Christopher Lebsock
        HAUSFELD LLP
        600 Montgomery Street, Suite 3200
        San Francisco, CA 94111
        Telephone: 415-633-1908
        mlehmann@hausfeld.com
        clebsock@hausfeld.com

        Scott A. Martin
        Irving Scher
        Jeanette Bayoumi
        HAUSFELD LLP
        33 Whitehall Street, 14th Floor
        New York, NY 10004
        Telephone: 646-357-1100
        smartin@hausfeld.com
        ischer@hausfeld.com
        jbayoumi@hausfeld.com

        *Counsel for Plaintiff Kenmore NY Teachers Federal Credit Union*

## CERTIFICATE OF SERVICE

I, Hilary K. Scherrer, an attorney, hereby certify that on November 11, 2021, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal be filed and served electronically via the Court's CM/ECF system.

                                                     *s/ Hilary K. Scherrer*
                                                     Hilary K. Scherrer